# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USDC Docket Number: 26cv11205-WGY
USCA Docket Number: 26-1306

Jane Doe

v.

Boston Celtics et al

## <u>CLERK'S SUPPLEMENTAL CERTIFICATE OF THE RECORD ON APPEAL</u>

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed ____ paper documents __X__ electronic documents:

**Main Documents:**

Document Numbers: ECF No. 21 Electronic Order

**Other Documents:**

Sealed Records:

Document Numbers: ______________________

*Ex parte* Records:

Document Numbers: ______________________

are to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on May 12, 2026.

ROBERT M. FARRELL
Clerk of Court

By: /s/Matthew A. Paine
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: ______________.

______________________
Deputy Clerk, US Court of Appeals

APPEAL

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:26−cv−11205−WGY

Doe v. Boston Celtics et al
Assigned to: Judge William G. Young
Case in other court: USCA − First Circuit, 26−01306
Cause: 28:1331 Fed. Question: Personal Injury

Date Filed: 03/10/2026
Date Terminated: 03/19/2026
Jury Demand: None
Nature of Suit: 360 P.I.: Other
Jurisdiction: Federal Question

**Plaintiff**

**Jane Doe** represented by **Jane Doe**
35 Lomasney Way
Apt. 4309
Boston, MA 02114
PRO SE

V.

**Defendant**

**Boston Celtics**

**Defendant**

**NBA**

**Defendant**

**Jayson Tatum**

**Defendant**

**Marcus Smart**

**Defendant**

**Charles River Park D Company**

**Defendant**

**Equity Residential MGMT LLC**

**Defendant**

**Alcott Apartments**

**Defendant**

**Casey Kowal**

**Defendant**

**The State of Massachusetts**

**Defendant**

**Housing Court − Eastern Division**

**Defendant**

**Diana H Horan**
*Judge*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 03/10/2026 | 1 | COMPLAINT against Charles River Park D Company, Housing Court − Eastern Division, NBA, Equity Residential MGMT LLC, Casey Kowal, Diana H Horan, Alcott Apartments, Jayson Tatum, Boston Celtics, The State of Massachusetts, Marcus Smart, filed by Jane Doe.(SEC) # 1 Civil Cover Sheet, # 2 Category Form, # 3 Complaint − Sealed, # 4 Exhibit A − Sealed, # 5 Exhibit B − Sealed, # 6 Exhibit C − Sealed, # 7 Exhibit D − Sealed, # 8 Exhibit E − Sealed) (MAP). (Entered: 03/10/2026) |
| 03/10/2026 | 2 | MOTION To Proceed Under A Pseudonym by Jane Doe.(SEC) (Additional attachment(s) added on 3/10/2026: # 1 Unredacted Motion) (SEC). (Entered: 03/10/2026) |
| 03/10/2026 | 3 | MOTION for Leave to file electronically Pro Se by Jane Doe. (Attachments: # 1 Unredacted Motion)(SEC) (Entered: 03/10/2026) |
| 03/10/2026 | 4 | Filing fee/payment: $ 405.00, receipt number 100014717 for 1 Complaint,, (NVB) (Entered: 03/10/2026) |
| 03/10/2026 | 5 | ELECTRONIC NOTICE of Case Assignment. Judge William G. Young assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge M. Page Kelley. (LBO) (Entered: 03/10/2026) |
| 03/10/2026 | 6 | Summons Issued as to Alcott Apartments, Boston Celtics, Charles River Park D Company, Equity Residential MGMT LLC, Diana H Horan, Housing Court − Eastern Division, Casey Kowal, NBA, Marcus Smart, Jayson Tatum, The State of Massachusetts. **Counsel receiving this notice electronically should download this summons, complete one for each defendant and serve it in accordance with Fed.R.Civ.P. 4 and LR 4.1. Summons will be mailed to plaintiff(s) not receiving notice electronically for completion of service.** (MAP) (Entered: 03/10/2026) |
| 03/13/2026 | 7 | Judge William G. Young: ORDER entered.<br><br>ORDER TO SHOW CAUSE<br><br>Show Cause Response due by 4/3/2026.(Sonnenberg, Elizabeth)<br><br>(Entered: 03/13/2026) |
| 03/13/2026 | 8 | Copy Mailed 7 Order to Show Cause mailed to Jane Doe on March 13, 2026. (MAP) (Entered: 03/13/2026) |
| 03/16/2026 | 9 | |

| | | |
|---|---|---|
| | | Notice of Service of Process filed by Jane Doe. Individual(s)/Entities served: Boston Celtics and NBA; Jayson Tatum; Marcus Smart; Charles River Park "D"; Equity Residential MGMT LLC; Alcott Apartments; Casey Kowal; The State of Massachusetts, Housing Court−Eastern Div.; Judge Diana H. Horan. (MAP) (Entered: 03/16/2026) |
| 03/16/2026 | 10 | RESPONSE TO ORDER TO SHOW CAUSE by Jane Doe. (MAP) (Entered: 03/16/2026) |
| 03/18/2026 | 11 | **AMEDNED** RESPONSE TO ORDER TO SHOW CAUSE by Jane Doe. (MAP) (Entered: 03/18/2026) |
| 03/19/2026 | 12 | Judge William G. Young ELECTRONIC ORDER entered:<br><br>**After careful consideration of the plaintiff's response to the Court's order to show cause, the Court dismisses, as it must, this action with prejudice on the ground of issue preclusion. Should the plaintiff genuinely have "new" evidence that could not with reasonable diligence have been discovered in the original action, the proper procedure is to file a motion pursuant to Fed.R.Civ.P. 60(b) not file an entirely new case giving no notice of the existence of the prior action.**<br><br>(MAP) (Entered: 03/19/2026) |
| 03/19/2026 | 13 | Judge William G. Young: ORDER entered. ORDER DISMISSING CASE with PREJUDICE. (MAP) (Entered: 03/19/2026) |
| 03/19/2026 | 14 | Copy re 13 Order Dismissing Case, 12 Electronic Order, mailed to Jane Doe on March 19, 2026. (MAP) (Entered: 03/19/2026) |
| 03/24/2026 | 15 | NOTICE OF APPEAL as to 13 Order Dismissing Case, 12 Electronic Order, by Jane Doe.<br><br>NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov MUST be completed and submitted to the Court of Appeals. **Counsel shall register for a First Circuit CM/ECF Appellate Filer Account at http://pacer.psc.uscourts.gov/cmecf. Counsel shall also review the First Circuit requirements for electronic filing by visiting the CM/ECF Information section at http://www.ca1.uscourts.gov/cmecf. US District Court Clerk to deliver official record to Court of Appeals by 4/13/2026. (MAP) (Entered: 03/24/2026)** |
| 03/24/2026 | 16 | Certified and Transmitted Abbreviated Electronic Record on Appeal to US Court of Appeals re 15 Notice of Appeal. (MAP) (Entered: 03/24/2026) |
| 03/24/2026 | 17 | USCA Case Number 26−1306 for 15 Notice of Appeal, filed by Jane Doe. (MAP) (Entered: 03/24/2026) |
| 04/09/2026 | 18 | Mail sent to Jane Doe Returned as Undeliverable Return to Sender. (MAP) (Entered: 04/09/2026) |
| 05/08/2026 | 19 | ORDER of USCA as to 15 Notice of Appeal filed by Jane Doe.<br><br>**ORDER transferring motion to proceed in forma pauperis filed by Appellant Jane Doe to the District Court for a ruling.** |

| | | |
|---|---|---|
| | | (MAP) (Entered: 05/09/2026) |
| 05/08/2026 | 20 | MOTION for Leave to Appeal in forma pauperis by Jane Doe. (FILED UNDER SEAL) (Attachments: # 1 Exhibit Application IFP, # 2 Exhibit Affidavit in Support, # 3 Exhibit Financial Statements, # 4 Exhibit Additional Financial Statements, # 5 Exhibit Supreme Court − Motion to Proceed In Forma Pauperis)(MAP) (Entered: 05/09/2026) |
| 05/11/2026 | 21 | Judge William G. Young: ELECTRONIC ORDER 20 Motion for Leave to Appeal in forma pauperis.<br><br>**The motion to appeal in forma pauperis is allowed.**<br><br>(MAP) (Entered: 05/11/2026) |

**United States District Court**

**District of Massachusetts**

## Notice of Electronic Filing

The following transaction was entered on 5/11/2026 at 2:09 PM EDT and filed on 5/11/2026

**Case Name:** Doe v. Boston Celtics et al
**Case Number:** 1:26−cv−11205−WGY
**Filer:**
**WARNING: CASE CLOSED on 03/19/2026**
**Document Number:** 21(No document attached)

**Docket Text:**
**Judge William G. Young: ELECTRONIC ORDER [20] Motion for Leave to Appeal in forma pauperis.**

**The motion to appeal in forma pauperis is allowed.**

(MAP)
**1:26−cv−11205−WGY Notice has been electronically mailed to:**

**1:26−cv−11205−WGY Notice will not be electronically mailed to:**

Jane Doe
35 Lomasney Way
Apt. 4309
Boston, MA 02114