CLERK'S OFFICE
UNITED STATES COURT OF APPEALS
JOHN JOSEPH MOAKLEY U.S. COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210

OFFICIAL BUSINESS

RECEIVED FOR FILING
IN CLERK'S OFFICE

2026 SEP -9 A 11:27

US COURT OF APPEALS
FOR THE FIRST CIRCUIT

USMS Screened

No. 26-1306

JANE D

Plaintiff - A

v.

BOSTON CELTICS; JAYSON TATUM; MAR
ASSOCIATION; CHARLES RIVER PARK

Jane Doe
Apt 4309
35 Lomasney Way
Boston, MA 02114

Case No. 26-1306
Notice dated 8/14/26

NIXIE 015 4E 1 7208/28/26
RETURN TO SENDER

FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 02210 $ 001.98
02 7W
0008036369 AUG 14 2026